UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

__Northern__ DIVISION

FILED
OCT 17 2016

CLERK

__Lozerick Grant_____ )
_____ )
_____ )
_____ )
(Enter the full name of the Plaintiff[s] in this action) )

Case No. __CV 16-1048__
(To be assigned by
Clerk of District Court)

vs.

__Robert Fisher_____ )
__Fishers Towing and_____ )
__Salvage_____ )
_____ )
_____ )
(Enter the full name of **ALL** Defendant[s] in this
action. Fed. R. Civ. P. 10(a) requires that the
caption of the complaint include the names of all
the parties. Merely listing one party and "et al." is
insufficient. Please attach additional sheets if
necessary.)

## COMPLAINT

I. State the grounds for filing this case in Federal Court (include federal statutes and/or U.S. Constitution provisions, if you know them. Fed .R .Civ. P. 8(a)(1) requires a short and plain statement of the grounds for the court's jurisdiction.):

Robert Fisher was an officer Here In Roberts County for 30 years and Is Highly Favored In The Court System In Roberts County. Robert Fisher Is also a state wittness In a Criminal Court Proceeding I am Being Charged with Revolving around my Civil Suit.

1

II. Plaintiff, **Lazerick Grant** resides at

**P.O. Box 5911**
(street address)
**Sioux Falls**, **Minnehaha**,
(city) (county)
**South Dakota**, **57117**,
(state) (zip) (telephone number)

(If more than one plaintiff, provide the same information for each plaintiff below)

III. Defendant, **Robert Fisher** resides at, or its business is located at

**510 8th Ave East**
(street address)
**Sisseton**, **Roberts**,
(city) (county)
**South Dakota**, **57262**, **605-698-4812**
(state) (zip) (telephone number)
(If more than one defendant, provide the same information for each defendant below)
**Fishers towing and Salvage**
**11950 462nd Ave**
**Sisseton South Dakota 57262**
**Roberts County**
**1-(605)-698-4812**

IV Statement of Claim.                                    1 of 3

On 8-12-16 at Maybe 3:30 - 4:00 am In The Morning My Vehicle was Towed off Interstate 29 (Near Dakota Magic Casino) By Fishers Towing and Salvage. Around Noon I Call and Speak with Ryan Fisher and was Informed my front Differential was out and Needed to be Repaired. I Was also Informed By Ryan Fisher That He Would Not Be able to Repair My Vehicle until Next Week.. I Declined and Gave Me another Option To Remove The front axels, Turn The 1997 GMC Yukon Into (2) Wheel Drive To get Me Closer To My Home. I Accepted That option and Came To Pay and Pick up my Vehicle about 5 hours later. I Call Prior To Coming to See if The Vehicle was Ready and was Told By Ryan Fisher That My Vehicle was Test Driven after Repairs and was Ready To Go. I Get To The Towing and Salvage Company To Pay and Pick up my Vehicle, I Pay $360.00 For Repairs. After Paying I Begin To Exit The Towing Yard on To The Service Road I make It Maybe 500-600 feet Then my front Driver Side Wheel almost Detaches completely from my Vehicle. I Call and Ryan Fisher and also Robert Fisher Come To See what Happened To my Vehicle. Robert states "Your Bearings are Bad" "and Thats why This Happened"

IV                                                                2 of 3

My vehicle is towed back to the salvage yard for additional repairs. Robert informed me that he would change my wheel bearings before dropping me off at a motel I rented in town. On 8-14-16 I go to the salvage yard to check the status of repairs on my vehicle. I arrive to see Robert replacing my front driver-side tire to the vehicle. After tire is placed back on the vehicle we test drive the vehicle and around the exact location on the service road with Robert driving my vehicle the front driver side tire detaches again for the 2nd time. My vehicle is towed back to the salvage yard again for the 3rd time. Once we arrive back to the salvage yard Robert states to me "Why don't we just fix your Differential"? I responded "Thats what I wanted repaired to begin with. Thats what I was told by Ryan thats what my problem was and I wanted it repaired. Robert goes into his office where he makes a phone call and also looks up "Differentials" online. After his phone call Robert informs me he can repair my Differential for a additional $350.00. I declined to pay any additional money and leave his office. Robert, Ryan and a female exit the office shortly after I ask Robert How are we gonna fix this problem?.


IV.    3 of 3

Robert states "Pay me or find someone else to fix your truck"

IV. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

Persons Involved:

1) Robert Fisher - Father
2) Ryan Fisher - Son
3) Leshaia PrettyBird - Sons Girlfriend
4) Wayne Heminger Jr. - Friend
5) Alysina Eaglecoad - Friend

V. Relief (State briefly and exactly what you want the Court to do for you.)
My Vehicle is still in Robert Fishers possession still un-Repaired. I'm asking for full Reimbursement of Money I paied, My Vehicle to be Repaired at His Expense and Returned to me. Punitive Damages Due to Being arrested on false charges behind this.

3

VI. **MONEY DAMAGES:**

    A) Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

        YES [X]        NO [ ]

    B) If your answer to "A" is YES, state below the amount claimed and the reason[s] you believe you are entitled to recover such monetary damages:

I am asking ($750,000.00) Seven Hundred and Fifty Thousand Dollars. Deformation of Character and False Imprisonment. These accusations caused my parole agent to violate me. The Parole Agent Recomended That I Be sent back to prision for a minimum of 12 month. Due to these accusations.

VII. Do you maintain that the wrongs alleged in the complaint are continuing to occur at the present time?

        YES [X]        NO [ ]

VIII. Are you requesting a Jury Trial?

        YES [ ]        NO [X]

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 13 day of October, 2016

Lazerick Grant

        Signature of Plaintiff[s]

4

DSD 12-12