UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

| | |
|---|---|
| LAZERICK GRANT,<br><br>               Plaintiff,<br><br>   vs.<br><br>ROBERT FISHER, and FISHERS TOWING AND SALVAGE,<br><br>               Defendants. | 1:16-CV-1048-CBK<br><br><br>JUDGMENT OF DISMISSAL |

Pursuant to the Order of Dismissal for lack of jurisdiction, judgment is hereby entered.

Dated this 21st day of February, 2017.

                                            JOSEPH HAAS, Clerk


                                            /s/ Shellie Krog
                                            By: Deputy Clerk